# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2026 JAN 27 A 10: 46
CLERK OF COURT

(Full name of plaintiff(s))

Iesha Huberty

v.

(Full name of defendant(s))

Froedtert Hospital and the Medical College of Wisconsin, Inc

Case Number: 26-C-130
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)
   __W168N10225 Bittersweet Trail__
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Froedtert Hospital and the Medical College__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __WISCONSIN__
(State, if known)

and (if a person) resides at __900 N. 92nd Street Milwatee, WI 53226__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Froedtert Hospital and the Medical College__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The Plaintiff, Iesha Huberty worked for Froedtert Hospital, as a Critical Care Technician from 2023-2025. The Defendant knew of ~~my~~ the plaintiff pregnancy around late November of 2023, and plaintiff was qualified to perform the essential functions of position.

During my pregnancy, Plaintiff was Subjected to Pregnancy-Based Harassment

Complaint – 2

Case 2:26-cv-00130-JPS    Filed 01/27/26    Page 2 of 5    Document 1

and discriminatory treatment in the workplace.

Plaintiff reported the pregnancy-based harassment and discriminatory treatment in the workplace to Human Resources and management.

Defendant had actual knowledge of Plaintiff complaints and conducted an investigation into the reported conduct.

- Defendant failed to take prompt or effective corrective action. Plaintiff was required to continue working with the same individuals. Plaintiff sought other employment opportunities in an effort to escape the hostile work environment. After Plaintiff engaged in protected activity including reporting pregnancy harassment and discrimination, Defendant transferred Plaintiff to another position, materially worsening Plaintiff's working condition.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

1. Back pay
2. Front pay or Equitable relief
3. Lawyer-fees
4. Compensatory Damages
5. Puitive Damage
6. An order requiring Defendant to take appropriate Corrective and remedial action
7. New Policy in place

Complaint – 4

E.  **JURY DEMAND**

   I want a jury to hear my case.

   ☒ – YES    ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 27th day of January, 2026.

Respectfully Submitted,

_P. Huberty_
Signature of Plaintiff

262 309 8808
Plaintiff's Telephone Number

L_gatlin@yahoo.com
Plaintiff's Email Address

W168N10225 Bittersweet Trail
Germantown, WI 53022
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.